# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161660

GEANIECE DENECE CARTER,
   Claimant-Appellant,

v

                SC: 161660
                COA: 353172
                Wayne CC: 20-002210-AE

EDUSTAFF, LLC, INC.,
    Respondent-Appellee,

and

DEPARTMENT OF LABOR AND ECONOMIC
OPPORTUNITY / UNEMPLOYMENT
INSURANCE AGENCY,
    Appellee.

_____/

   On order of the Court, the application for leave to appeal the June 30, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021

Clerk

s0317